Summons in a Civil Action (Rev 11/97)

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA



FILED
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

ADRIANA FERNANDEZ

vs

JAMES RAY MORRIS, HAROLD CARTER, RAYMOND LOERA, COUNTY OF IMPERIAL, IMPERIAL COUNTY SHERIFF'S DEPARTMENT, and DOES 1-100, inclusive

**SUMMONS IN A CIVIL ACTION**

Case No. '08 CV 0601 JLS JMA

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

| | |
|---|---|
| David J. Zugman, State Bar No. 190818 | Terry Singleton, State Bar No. 58316 |
| Burcham & Zugman, A.P.C. | Gerald Singleton, State Bar No. 208783 |
| 964 Fifth Ave, Suite 300 | SINGLETON & ASSOCIATES |
| San Diego, CA 92101 | 1950 Fifth Ave #200 |

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.            APR 1 7 2008

_____        _____
                                         DATE

By _____ , Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)