UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA FERNANDEZ )<br>)<br>vs. )<br>)<br>)<br>JAMES RAY MORRIS, ET AL )<br>)<br>) | Case No. 08 CV 0601 JLS JMA<br><br>**DECLARATION OF SERVICE**<br><br>Person Served:<br>HAROLD CARTER<br><br>Date Served:<br>05/12/08 |

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:
SUMMONS AND COMPLAINT, CIVIL CASE COVER SHEET
in the following manner: (check one)

1) **x**   By personally delivering copies to the person served.

2)   By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to ther person served at the place where the copies were left.

3)   By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4)   By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at
      on              , 20      .

Executed on _____ May 12 , 20 08 _____ at El Centro, California

_____
JESSE L. RODRIGUEZ
RODZ PRIVATE INVESTIGATIONS
P.O. BOX 2586
EL CENTRO, CA 92244
(760) 353-3700 LIC. #PI18637