J. Scott Tiedemann, Bar No. 180456
stiedemann@lcwlegal.com
Judith S. Islas, Bar No. 117076
jislas@lcwlegal.com
Jesse J. Maddox, Bar No. 219091
jmaddox@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5701 N. West Avenue
Fresno, CA 93711

Telephone:    (559) 256-7800
Facsimile:     (559) 449-4535
E-mail:        jmaddox@lcwlegal.com

Attorneys for Defendants
HAROLD CARTER, RAYMOND LOERA,
COUNTY OF IMPERIAL, AND IMPERIAL
COUNTY SHERIFF'S DEPARTMENT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA FERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>JAMES RAY MORRIS, HAROLD CARTER, RAYMOND LOERA, COUNTY OF IMPERIAL, IMPERIAL COUNTY SHERIFF'S DEPARTMENT, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 08 CV 0601 JLS JMA<br><br>**DEFENDANTS HAROLD CARTER, RAYMOND LOERA, COUNTY OF IMPERIAL, AND IMPERIAL COUNTY SHERIFF'S DEPARTMENT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FRCP 12(b) AND 12(b)(6)**<br><br>**[Concurrently filed with Memorandum of Points and Authorities; Request for Judicial Notice; and Declarations of Robert Cortez and Jessica Cisneros]**<br><br>**NO ORAL ARGUMENT REQUIRED**<br><br>Date:        July 10, 2008<br>Time:       9:00 a.m.<br>Judge:      Magistrate Judge Jan M. Adler<br>Courtroom: D |

TO PLAINTIFF AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on Thursday, July 10, 2008, at 9:00 a.m., or as soon

thereafter as the matter may be heard in Courtroom D of the United States District Court, for the

*(vertical text, left margin)* LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5701 N. West Avenue
Fresno, CA 93711

1  Southern District of California, located at 880 Front Street, San Diego, California, Defendants

2  Harold Carter, Raymond Loera, County of Imperial ("County"), and the Imperial County

3  Sheriff's Department ("ICSD") (hereinafter collectively "County Defendants") will move this

4  Court for an order dismissing Plaintiff's Complaint pursuant to Rule 12(b) and 12(b)(6) of the

5  Federal Rules of Civil Procedure ("FRCP") for failure to exhaust her administrative remedies and

6  failure to state a claim upon which relief may be granted.  The County Defendants base their

7  motion on the following grounds:

8      1.    Plaintiff failed to failed to exhaust her administrative remedies, which is required

9  under federal and state law prior to bringing suit.

10     2.    California public entities are immune from liability for injuries to prisoners

11  pursuant to California Government Code section 844.6(a)(2).

12     3.    Plaintiff failed to timely submit a tort claim to the County and has never submitted

13  a tort claim naming Defendants Carter and Loera as being responsible for her injuries.  Failure to

14  comply with the California Tort Claims Act precludes Plaintiff from bringing suit on her state law

15  claims.

16     4.    Plaintiff failed to state a claim under the Bane Civil Rights Act (Civ. Code, §§

17  52.1 and 52.3).

18     5.    Plaintiff failed to state a claim under the Unruh Civil Rights Act (Civ. Code § 51,

19  51.1, 51.2 and 51.3).

20     6.    Plaintiff failed to state a false imprisonment claim.

21     7.    Plaintiff has failed to state a claim under 42 U.S.C. § 1983.

22     8.    Former Sheriff Harold Carter and current Sheriff Raymond Loera are entitled to

23  federal qualified immunity and various immunities under state law that preclude liability against

24  them.

25     This motion is based on this Notice of Motion and Motion, the accompanying

26  Memorandum of Points and Authorities, the County Defendants' Request For Judicial Notice, the

27  Declarations of Robert Cortez and Jessica Cisneros concurrently filed herewith, all pleadings and

28  papers on file in this action, and upon such other matters as may be presented to this Court at the

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5701 N. West Avenue
Fresno, CA 93711

1    time of the hearing.

2    Dated: May 21, 2008                              Liebert Cassidy Whitmore

3

4                                                     By: *Jesse Maddox*

5                                                     Jesse J. Maddox
                                                      J. Scott Tiedemann
6                                                     Judith S. Islas
                                                      Attorneys for Defendants
7                                                     HAROLD CARTER, RAYMOND
                                                      LOERA, COUNTY OF IMPERIAL, AND
8                                                     IMPERIAL COUNTY SHERIFF'S
                                                      DEPARTMENT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5701 N. West Avenue
Fresno, CA 93711