```
J. Scott Tiedemann, Bar No. 180456
stiedemann@lcwlegal.com
Judith S. Islas, Bar No. 117076
jislas@lcwlegal.com
Jesse J. Maddox, Bar No. 219091
jmaddox@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5701 N. West Avenue
Fresno, CA 93711

Telephone:   (559) 256-7800
Facsimile:   (559) 449-4535
E-mail:      jmaddox@lcwlegal.com

Attorneys for Defendants
HAROLD CARTER, RAYMOND LOERA,
COUNTY OF IMPERIAL, AND IMPERIAL
COUNTY SHERIFF'S DEPARTMENT
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA FERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>JAMES RAY MORRIS, HAROLD CARTER, RAYMOND LOERA, COUNTY OF IMPERIAL, IMPERIAL COUNTY SHERIFF'S DEPARTMENT, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 08 CV 0601 JLS JMA<br><br>**PROOF OF SERVICE**<br><br>Date:       July 10, 2008<br>Time:       9:00 a.m.<br>Judge:      Magistrate Judge Jan M. Adler<br>Courtroom:  D |

I am a citizen of the United States and employed in Fresno County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 5701 N. West Avenue, Fresno, California 93711. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On May 21, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

4744.1 IM040-032                                                         08 CV 0601 JLS JMA

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5701 N. West Avenue
Fresno, CA 93711

1  DEFENDANTS HAROLD CARTER, RAYMOND LOERA, COUNTY OF IMPERIAL, AND IMPERIAL COUNTY SHERIFF'S DEPARTMENT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FRCP 12(b) AND 12(b)(6)

2

3

4  DEFENDANTS HAROLD CARTER, RAYMOND LOERA, COUNTY OF IMPERIAL, AND IMPERTY COUNTY SHERIFF'S DEPARTMENT'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FRCP 12(b) AND 12(b)(6)

5

6

7

8  DEFENDANTS HAROLD CARTER, RAYMOND LOERA, COUNTY OF IMPERIAL, AND IMPERTY COUNTY SHERIFF'S DEPARTMENT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

9

10

11  DEFENDANTS HAROLD CARTER, RAYMOND LOERA, COUNTY OF IMPERIAL, AND IMPERTY COUNTY SHERIFF'S DEPARTMENT'S APPENDIX OF UNREPORTED/UNPUBLISHED CASES IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE

12

13

14  DECLARATION OF LIEUTENANT ROBERT CORTEZ IN SUPPORT OF DEFENDANTS HAROLD CARTER, RAYMOND LOERA, COUNTY OF IMPERIAL, AND IMPERIAL COUNTY SHERIFF'S DEPARTMENTS MOTION TO DISMISS

15

16  DECLARATION OF JESSICA CISNEROS IN SUPPORT OF DEFENDANTS HAROLD CARTER, RAYMOND LOERA, COUNTY OF IMPERIAL, AND IMPERIAL COUNTY SHERIFF'S DEPARTMENTS MOTION TO DISMISS

17

18

19  in a sealed envelope, postage fully paid, addressed as follows:

20  David J. Zugman                    Terry Singleton
    Burcham & Zugman, A.P.C.           Gerald Singleton
21  964 Fifth Avenue, Suite 300        Singleton & Associates
    San Diego, CA 92101                1950 Fifth Ave., #200
22                                     San Diego, CA 92101

23  Following ordinary business practices, the envelope was sealed and placed for collection

24  and mailing on this date, and would, in the ordinary course of business, be deposited with the

25  United States Postal Service on this date.

26

27

28

4744.1 IM040-032                       - 2 -                       08 CV 0601 JLS JMA

1       I declare under penalty of perjury under the laws of the State of California that the above
2 is true and correct.
3       Executed on May 21, 2008, at Fresno, California.

_____
Susan Brown