# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA FERNANDEZ,<br><br>               Plaintiff,<br>  vs.<br><br>JAMES RAY MORRIS; HAROLD CARTER; RAYMOND LOERA; COUNTY OF IMPERIAL; IMPERIAL COUNTY SHERIFF'S DEPARTMENT; and DOES 1 to 100, inclusive,<br><br>               Defendants. | CASE NO. 08-CV-0601-H (JMA)<br><br>SCHEDULING ORDER |

On May 21, 2008, defendants Harold Carter, Raymond Loera, County of Imperial, and Imperial County Sheriff's Department filed a motion to dismiss the complaint. (Doc. No. 5.) The Court initially set a hearing before the magistrate judge for July 10, 2008 at 9:00 a.m. Upon further consideration, the Court concludes that the district judge shall hear this motion. The Court resets the hearing for **July 14, 2008 at 10:30 a.m.** in courtroom 13 before Judge Marilyn L. Huff.

IT IS SO ORDERED.

DATED: May 22, 2008

                                                      MARILYN L. HUFF, District Judge
                                                      UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.