1  Mitchell A. Driskill (SBN 157046)
   m.driskill@sbcglobal.net
2  Steven M. Walker (SBN 110098)
   smw@walkmanlaw.com
3  WALKER & DRISKILL, PLC
   300 South Imperial Avenue, Ste. 9
4  El Centro, California 92243
   Telephone: (760) 352-4001
5  Facsimile: (760) 352-5561

6  Attorneys for Defendant, JAMES RAY MORRIS

FILED
2008 JUL -3 PM 3:37
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

BY FAX

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA FERNANDEZ, | CASE NO. 08cv0601 JLS JMA |
| Plaintiff, | PROOF OF SERVICE |
| v. | |
| JAMES RAY MORRIS, HAROLD CARTER, RAYMOND LOERA, COUNTY OF IMPERIAL, IMPERIAL COUNTY SHERIFF'S DEPARTMENT, and DOES 1-100, inclusive, | |
| Defendants. | |

I am a citizen of the United States and employed in Imperial County, California. I am over the age of eighteen years and not a party to the within entitled action. My business address is 300 South Imperial Avenue, Suite 9, El Centro, California 92243. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On July 3, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document:

DEFENDANT JAMES RAY MORRIS' ANSWER TO COMPLAINT

in a sealed envelope, postage fully paid, addressed as follows:



| | |
|---|---|
| David J. Zugman<br>BURCHMAN & ZUGMAN, A.P.C.<br>964 Fifth Avenue, Suite 300<br>San Diego, CA 92101 | Terry Singleton<br>Gerald Singleton<br>SINGLETON & ASSOCIATES<br>1950 Fifth Avenue, Suite 200<br>San Diego, CA 92101 |

Jesse J. Maddoz
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5701 N. West Avenue
Fresno, CA 93711

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 3, 2008, at El Centro, California.

_____
ELIZABETH ADAME