1  J. Scott Tiedemann, Bar No. 180456
   stiedemann@lcwlegal.com
2  Judith S. Islas, Bar No. 117076
   jislas@lcwlegal.com
3  Jesse J. Maddox, Bar No. 219091
   jmaddox@lcwlegal.com
4  LIEBERT CASSIDY WHITMORE
   A Professional Law Corporation
5  5701 N. West Avenue
   Fresno, CA  93711
6
   Telephone:    (559) 256-7800
7  Facsimile:    (559) 449-4535
   E-mail:        jmaddox@lcwlegal.com
8
   Attorneys for Defendants
9  HAROLD CARTER, RAYMOND LOERA,
   COUNTY OF IMPERIAL, AND IMPERIAL
10 COUNTY SHERIFF'S DEPARTMENT

11

12                  UNITED STATES DISTRICT COURT

13                SOUTHERN DISTRICT OF CALIFORNIA

14

15 ADRIANA FERNANDEZ,                    Case No.  3:08-cv-00601-H-JMA

16          Plaintiff,                   **DEFENDANTS HAROLD CARTER,
                                         RAYMOND LOERA, COUNTY OF
17     v.                                IMPERIAL, AND IMPERIAL COUNTY
                                         SHERIFF'S DEPARTMENT'S
18 JAMES RAY MORRIS, HAROLD              OBJECTIONS TO DAVID ZUGMAN'S
   CARTER, RAYMOND LOERA,               DECLARATION**
19 COUNTY OF IMPERIAL, IMPERIAL
   COUNTY SHERIFF'S DEPARTMENT,          Date:       July 14, 2008
20 and DOES 1-100, inclusive,            Time:       10:30 a.m.
                                         Judge:      Hon. Marilyn L. Huff
21          Defendants.                  Courtroom: 13

22      Defendants Harold Carter, Raymond Loera, County of Imperial ("County"), and the

23 Imperial County Sheriff's Department (hereinafter collectively "County Defendants") hereby

24 submit their Objections to Plaintiff's supporting evidence in opposition to the County

25 Defendants' Motion to Dismiss.

26      Plaintiff submitted the Declaration of her attorney, David Zugman, in support of her June

27 30, 2008 Opposition.  The Declaration waives the attorney-client privilege with respect to various

28 conversations Plaintiff had with Mr. Zugman and inappropriately attempts cure the deficiencies in

*(left margin, vertical text)* LIEBERT CASSIDY WHITMORE  A Professional Law Corporation  5701 N. West Avenue  Fresno, CA 93711

1    Plaintiff's Complaint by augmenting her allegations.  Accordingly, the County Defendants

2    generally object to the Declaration to the extent it augments the allegations in her Complaint to

3    avoid dismissal.

4         The County Defendants also object to the following paragraphs and statements in the

5    Declaration:

6    **Paragraph 1:  "I also represented Ms. Fernandez in her criminal case, *United States***

7    ***v. Fernandez*, 07CR0964-LAB.  Ms. Fernandez was released from custody on that**

8    **case on March 15, 2008."**

     The County Defendants object to these statements because they are irrelevant and vague.

9    FRE 402.  The Declaration does not state from where or whose custody Plaintiff was released.  In

10   addition, whether Plaintiff was released from an agency's or facility's "custody" is irrelevant to

11   the issue of whether she is a prisoner for purposes of the Prison Litigation Reform Act.

12

13   **Paragraph 4:  "On June 28, 2007, Ms. Fernandez called me to say that she had been**

      **interviewed by Sheriff Raymond Loera regarding Deputy Morris' sexual**

14   **misconduct."**

15        The County Defendants object to this statement because it is inadmissible hearsay (FRE

16   802) and contains improper opinion testimony (FRE 702).

17   **Paragraph 5 and 6**

18        The County Defendants object to these paragraphs because they are irrelevant.  FRE 402.

19   In addition, the County Defendants object to paragraph 5 because it is inadmissible hearsay.  FRE

20   802.

21   **Paragraph 8**

22        The County Defendants object to paragraph 8 because it is inadmissible hearsay.  FRE

23   802.

24   **Paragraph 9**

25        The County Defendants object to this paragraph because it improperly attempts to amend

26   Plaintiff's Complaint by augmenting her allegations concerning when she filed a tort claim with

27   the County.

28

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5701 N. West Avenue
Fresno, CA 93711

1

**Paragraph 10**

2      The County Defendants object to paragraph 10 because it is irrelevant (FRE 402),

3  contains improper opinion testimony (FRE 702), and does not establish that Mr. Zugman has

4  personal knowledge regarding the reliability of the County's record keeping.

5      **Paragraph 13**

6      The County Defendants object to this paragraph because it improperly attempts to cure the

7  deficiencies in Plaintiff's Complaint by augmenting her allegations concerning when she filed a

8  tort claim with the County.

9

10  Dated: July 7, 2008                                Liebert Cassidy Whitmore

11

12                                                     By: /s/ Jesse Maddox
                                                          Jesse J. Maddox
13                                                        J. Scott Tiedemann
                                                          Judith S. Islas
14                                                        Attorneys for Defendants
                                                          HAROLD CARTER, RAYMOND
15                                                        LOERA, COUNTY OF IMPERIAL, AND
                                                          IMPERIAL COUNTY SHERIFF'S
16                                                        DEPARTMENT

17

18

19

20

21

22

23

24

25

26

27

28

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5701 N. West Avenue
Fresno, CA 93711

1

2

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF FRESNO

3      I am employed in the County of Fresno, State of California. I am over the age of 18 and

4  not a party to the within action; my business address is: 5701 N. West Avenue, Fresno, California

5  93711.

6      On July 7, 2008, I effectuated service of the foregoing document described as

7  DEFENDANTS HAROLD CARTER, RAYMOND LOERA, COUNTY OF IMPERIAL, AND

8  IMPERIAL COUNTY SHERIFF'S DEPARTMENTS OBJECTIONS TO DAVID ZUGMAN'S

9  DECLARATION on the following parties by electronically filing the foregoing with the Clerk of

10 the United States District Court, Southern District of California using its ECF System, which

11 electronically notifies them:

12     David J. Zugman                          Terry Singleton
       Burcham & Zugman, A.P.C.                 Gerald Singleton
13     964 Fifth Avenue, Suite 300              Singleton & Associates
       San Diego, CA 92101                      1950 Fifth Ave., #200
14                                              San Diego, CA 92101

15

16     Executed on July 7, 2008, at Fresno, California.

17     I declare that I am employed by the office of a member of the bar of this Court at whose

18 direction the service was made.

19        _____        _____/s/_____
              Susan Brown
20         Type or Print Name                      Signature

21

22

23

24

25

26

27

28

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5701 N West Avenue
Fresno, CA 93711

**PROOF OF SERVICE BY OVERNIGHT DELIVERY**

I am a citizen of the United States and employed in Fresno County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 5701 N. West Avenue, Fresno, California 93711. On July 7, 2008, I deposited with Federal Express, a true and correct copy of the within documents:

DEFENDANTS HAROLD CARTER, RAYMOND LOERA,
COUNTY OF IMPERIAL, AND IMPERIAL COUNTY
SHERIFF'S DEPARTMENTS OBJECTIONS TO DAVID
ZUGMAN'S DECLARATION

in a sealed envelope, addressed as follows:

Steven M. Walker
Michael A. Driskell
Walker & Driskell
300 South Imperial Ave., Suite 9
El Centro, CA 92243

Following ordinary business practices, the envelope was sealed and placed for collection by Federal Express on this date, and would, in the ordinary course of business, be retrieved by Federal Express for overnight delivery on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 7, 2008, at Fresno, California.

| | |
|---|---|
| Susan Brown | /s/ |
| Type or Print Name | Signature |

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5701 N. West Avenue
Fresno, CA 93711

5108.1 IM040-032

3:08-CV-00601-H-JMA