# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| ADRIANA FERNANDEZ,<br><br>　　　　　　　　　　Plaintiff,<br>　vs.<br><br>JAMES RAY MORRIS; HAROLD CARTER; RAYMOND LOERA; COUNTY OF IMPERIAL; IMPERIAL COUNTY SHERIFF'S DEPARTMENT; and DOES 1-100, inclusive,<br><br>　　　　　　　　　　Defendant. | CASE NO. 08-CV-0601 H (JMA)<br><br>**ORDER SUBMITTING MOTION TO DISMISS BY DEFENDANTS CARTER, LOERA, IMPERIAL COUNTY AND IMPERIAL COUNTY SHERIFF'S DEPARTMENT** |
|---|---|

　　　On May 21, 2008, defendants Harold Carter, Raymond Loera, the County of Imperial and the Imperial County Sheriff's Department filed a motion to dismiss plaintiff Adriana Fernandez's complaint. (Doc. No. 5-6.) On June 30, 2008, Plaintiff filed a response in opposition. (Doc. No. 9.) Defendants have filed a reply. (Doc. No. 13.)

　　　The Court concludes that defendants' motion to dismiss is appropriate for resolution without oral argument pursuant to Local Civil Rule 7.1(d)(1). Accordingly, the Court vacates the hearing scheduled for July 14, 2008.

IT IS SO ORDERED.

DATED: July 10, 2008

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT