cal____

## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

CASE NAME:  Fernandez v. Morris, et al.                    CASE NO:  08-CV-0601-H (JMA)

HON. JAN M. ADLER                                          CT. DEPUTY RHEA RHONE

Present:

Plaintiff(s):

Defendant(s):

PROCEEDINGS:  _____  In Chambers  _____  In Court  _____  Telephonic

This matter is hereby transferred from Magistrate Judge Jan M. Adler to Magistrate Judge Peter C. Lewis.  The new case number is 08-CV-0601-H (PCL).

DATE: July 11, 2008                                        INITIALS: ____ Deputy

08cv0771