J. Scott Tiedemann, Bar No. 180456
stiedemann@lcwlegal.com
Judith S. Islas, Bar No. 117076
jislas@lcwlegal.com
Jesse J. Maddox, Bar No. 219091
jmaddox@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5701 N. West Avenue
Fresno, CA 93711

Telephone:   (559) 256-7800
Facsimile:   (559) 449-4535
E-mail:      jmaddox@lcwlegal.com

Attorneys for Defendants
HAROLD CARTER, RAYMOND LOERA,
COUNTY OF IMPERIAL, AND IMPERIAL
COUNTY SHERIFF'S DEPARTMENT

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA FERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JAMES RAY MORRIS, HAROLD CARTER, RAYMOND LOERA, COUNTY OF IMPERIAL, IMPERIAL COUNTY SHERIFF'S DEPARTMENT, and DOES 1-100, inclusive,<br><br>　　　　Defendants. | Case No. 08-cv-601-H (PCL)<br><br>**JOINT MOTION AND STIPULATION TO EXTEND DEFENDANTS COUNTY OF IMPERIAL, IMPERIAL COUNTY SHERIFF'S DEPARTMENT, HAROLD CARTER, AND RAYMOND LOERA'S TIME TO FILE A RESPONSIVE PLEADING** |

Plaintiff Adriana Fernandez ("Plaintiff") and Defendants County of Imperial, Imperial County Sheriff's Department, Harold Carter, and Raymond Loera (collectively "Defendants"), by and through their respective counsel, do hereby jointly move this Court to approve the parties' stipulation as follows:

　　　　1.　On July 16, 2008, this Court granted in part and denied in part the Defendants' Motion to Dismiss Plaintiff's Complaint and, in doing so, granted Plaintiff 30 days from July 16, 2008 to amend her Complaint.

2. As of the date of this joint motion, Plaintiff has not decided whether she intends to file an Amended Complaint.

3. To avoid the time, effort, and expense of filing an Answer to Plaintiff's original Complaint and then possibly having to file an Answer to Plaintiff's Amended Complaint, the parties hereby stipulate that Defendants' time to file an Answer to Plaintiff's original Complaint shall be extended to August 25, 2008, which extends Defendants' deadline by 30 days and is 10 days after Plaintiff's deadline to file an Amended Complaint. In the event Plaintiff files an Amended Complaint, the parties hereby stipulate that Defendants shall have 20 days from the date the Amended Complaint is filed to file a responsive pleading to the Amended Complaint.

Dated: July 18, 2008                              Liebert Cassidy Whitmore


By:_____/s/_____
   Jesse J. Maddox
   J. Scott Tiedemann
   Judith S. Islas
   Attorneys for Defendants
   HAROLD CARTER, RAYMOND
   LOERA, COUNTY OF IMPERIAL, AND
   IMPERIAL COUNTY SHERIFF'S
   DEPARTMENT

Dated: July 18, 2008                              Burcham & Zugman, A.P.C.


By:_____/s/_____
   David J. Zugman
   Attorneys for Plaintiff
   ADRIANA FERNANDEZ

The parties having agreed and the Court finding good cause thereon,

IT IS ORDERED THAT the Defendants' time to file an Answer to Plaintiff's Complaint or a responsive pleading to Plaintiff's Amended Complaint shall be extended in accordance with the terms set forth above.

Dated: July ___, 2008                             _____
                                                  United States Magistrate Judge
                                                  Peter C. Lewis

**PROOF OF SERVICE**
**STATE OF CALIFORNIA, COUNTY OF FRESNO**

I am employed in the County of Fresno, State of California. I am over the age of 18 and not a party to the within action; my business address is: 5701 N. West Avenue, Fresno, California 93711.

On July 18, 2008, I effectuated service of the foregoing document described as JOINT MOTION AND STIPULATION TO EXTEND DEFENDANTS COUNTY OF IMPERIAL, IMPERIAL COUNTY SHERIFF'S DEPARTMENT, HAROLD CARTER, AND RAYMOND LOERA'S TIME TO FILE A RESPONSIVE PLEADING on the following parties by electronically filing the foregoing with the Clerk of the United States District Court, Southern District of California using its ECF System, which electronically notifies them:

| | |
|---|---|
| David J. Zugman | Terry Singleton |
| Burcham & Zugman, A.P.C. | Gerald Singleton |
| 964 Fifth Avenue, Suite 300 | Singleton & Associates |
| San Diego, CA 92101 | 1950 Fifth Ave., #200 |
| | San Diego, CA 92101 |

Executed on July 18, 2008, at Fresno, California.

I declare that I am employed by the office of a member of the bar of this Court at whose direction the service was made.

| Susan Brown | /s/ |
|---|---|
| Type or Print Name | Signature |

- 1 -     08 CV 0601 JLS JMA

## PROOF OF SERVICE BY OVERNIGHT DELIVERY

I am a citizen of the United States and employed in Fresno County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 5701 N. West Avenue, Fresno, California 93711. On July 18, 2008, I deposited with Federal Express, a true and correct copy of the within documents:

> JOINT MOTION AND STIPULATION TO EXTEND DEFENDANTS COUNTY OF IMPERIAL, IMPERIAL COUNTY SHERIFF'S DEPARTMENT, HAROLD CARTER, AND RAYMOND LOERA'S TIME TO FILE A RESPONSIVE PLEADING

in a sealed envelope, addressed as follows:

> Steven M. Walker
> Michael A. Driskell
> Walker & Driskell
> 300 South Imperial Ave., Suite 9
> El Centro, CA 92243

Following ordinary business practices, the envelope was sealed and placed for collection by Federal Express on this date, and would, in the ordinary course of business, be retrieved by Federal Express for overnight delivery on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 18, 2008, at Fresno, California.

| Susan Brown | /s/ |
|---|---|
| Type or Print Name | Signature |

08 CV 0601 JLS JMA