1

2

3

4

5

6

7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| **ADRIANA FERNANDEZ,** | 08cv601 H (PCL) |
| Plaintiff, | **ORDER GRANTING JOINT MOTION AND STIPULATION TO EXTEND THE TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADINGS** |
| **v.** | |
| **JAMES RAY MORRIS; HAROLD CARTER; RAYMOND LOERA; COUNTY OF IMPERIAL; IMPERIAL COUNTY SHERIFF'S DEPARTMENT; and DOES 1-100, inclusive,** | |
| Defendants. | |

FOR GOOD CAUSE SHOWN, the joint motion for an extension of time for Defendants to file responsive pleadings is GRANTED. Defendants shall file a an answer to Plaintiff's original complaint on or before August 25, 2008. If Plaintiff files an amended complaint, Defendants shall file a responsive pleading no later than twenty days from the date the amended complaint is filed.

IT IS SO ORDERED.

DATED: July 22, 2008

_____

Peter C. Lewis
U.S. Magistrate Judge
United States District Court

08cv601 H