IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ADRIANA FERNANDEZ,** | 08cv601 H (PCL) |
| Plaintiff, | **ORDER SCHEDULING E.N.E.; ORDER GRANTING JOINT MOTION AND STIPULATION TO EXTEND THE TIME FOR AN AMENDED COMPLAINT AND FOR DEFENDANTS TO FILE RESPONSIVE PLEADINGS** |
| v. | |
| **JAMES RAY MORRIS; HAROLD CARTER; RAYMOND LOERA; COUNTY OF IMPERIAL; IMPERIAL COUNTY SHERIFF'S DEPARTMENT; and DOES 1-100, inclusive,** | |
| Defendants. | |

Pursuant to the Honorable Marilyn L. Huff's order on July 16, 2008, the parties have requested an Early Neutral Evaluation Conference. (Doc. No. 20.) IT IS HEREBY ORDERED that an Early Neutral Evaluation of your case will be held on <u>Thursday, September 4, 2008</u>, at <u>10:30 a.m.</u>, before United States Magistrate Judge Peter C. Lewis, at 2003 W. Adams Ave, El Centro, California.

In compliance with Rule 16.1(c) of the Local Rules of the United States District Court for the Southern District of California, both counsel and the parties who have full and unlimited authority to negotiate and enter into a binding settlement shall appear at the conference and shall be prepared to discuss the claims, defenses and damages.

Unless there are extraordinary circumstances, persons required to attend the conference pursuant to this Order shall not be excused from attendance. Requests for excuse from attendance

for extraordinary circumstances shall be made in writing at least 48 hours prior to the conference. Where the suit involves the United States or one of its agencies, only counsel for the United States with full settlement authority need appear. All conference discussions will be informal, off the record, privileged and confidential.

The parties shall submit a short Early Neutral Evaluation Conference Statement about the case on a confidential basis, no later than Tuesday, September 2, 2008. The statement shall not exceed twenty (20) pages.

In the event the case does not settle at the Early Neutral Evaluation Conference, the parties shall also be prepared to discuss the following matters at the conclusion of the conference.

1. Any anticipated objections under Federal Rule of Civil Procedure 26(a)(1)(E) to the initial disclosure provisions of Federal Rule of Civil Procedure 26(a)(1)(A-D);

2. The scheduling of the Federal Rule of Civil Procedure 26(f) conference;

3. The date of initial disclosure and the date for lodging the discovery plan following the Rule 26(f) conference; and,

4. The scheduling of a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b).

The Court will issue an appropriate order addressing these issues and setting dates as appropriate.

Plaintiff's counsel shall notify all Defendants of the date and time of the Early Neutral Evaluation Conference. Questions regarding this case may be directed to the Magistrate Judge's law clerk at (760) 353-1271.

///
///
///
///
///
///
///

1     Lastly, FOR GOOD CAUSE SHOWN, the joint motion for an extension of time for Plaintiff
2 to file an amended complaint and Defendants to file responsive pleadings is GRANTED.  Plaintiff
3 shall have <u>twenty (20) days from the E.N.E. Conference</u> to file an amended complaint.  Defendants
4 shall have <u>twenty (20) days from Plaintiff's deadline</u> to file a responsive pleading.
5     IT IS SO ORDERED.
6     DATED: August 14, 2008

                                          Peter C. Lewis
                                          U.S. Magistrate Judge
                                          United States District Court